```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


THEODORE GAMBLE-WILLIAMS,           )
                                    )
        Plaintiff,                  )
                                    )      Civil Action
        v.                          )      No. 24-10701-PBS
                                    )
OFFICER MUNISE,                     )
                                    )
        Defendant.                  )
```

## ORDER

July 16, 2024

SARIS, D.J.

Pro se Plaintiff Theodore Gamble-Williams, an inmate in custody at the Old Colony Correctional Center, initiated this action by filing a self-prepared complaint and motion for leave to proceed in forma pauperis. Dkt. Nos. 1, 2.

Because Gamble-Williams is a prisoner-plaintiff, his motion for leave to proceed in forma pauperis must be accompanied by "a certified copy of the trust fund account statement . . . for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined" so that the court may determine the initial partial filing fee and subsequent monthly payments required for the filing fee as required under the Prison Litigation Reform Act.  28 U.S.C. §

1915(a)(2), (b).  For Gamble-Williams, the relevant 6-month period is September 18, 2023 to March 18, 2024.

Because Gamble-Williams did not include a copy of his prison account statement, his motion was denied without prejudice.  Dkt. No. 4.  Plaintiff was advised that if he elects to proceed with this action, he must either pay the filing fee or file a renewed motion for leave to proceed in forma pauperis accompanied by a copy of his certified prison account statement.  Id.

Plaintiff filed a timely reply to the Court's Procedural Order and filed a renewed motion for leave to proceed in forma pauperis.  Dkt. No. 6.  Although the renewed motion references an attached financial report, no report was attached to plaintiff's renewed motion.  The Court will defer ruling on the renewed motion and provide Gamble-Williams additional time to submit his certified prison account statement.

Accordingly, it is hereby Ordered that

1. Plaintiff shall, within 28 days of the date of this Order, file a copy of his certified prison account statement.  Failure to comply with this directive may result in a dismissal of this action without prejudice.

2. The Clerk shall send a copy of this Order to the Treasurer's Office at the prison facility in which plaintiff is incarcerated, in order to facilitate any request by the

plaintiff for plaintiff's certified prison account statement. The Court requests that the Treasurer's Office include in any prison account statement the plaintiff's average monthly deposits for the six-month period preceding March 18, 2024 (the date the complaint was filed), as well as the average monthly balance for that same period.

3.   The Court DEFERS ruling on the renewed motion in order to provide plaintiff additional time to submit his certified prison account statement.

SO ORDERED.

                                          /s/ Patti B. Saris
                                          PATTI B. SARIS
                                          UNITED STATES DISTRICT JUDGE