UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
THEODORE GAMBLE-WILLIAMS,      )
                               )
        Plaintiff,             )
                               )    Civil Action
        v.                     )    No. 24-10701-PBS
                               )
CITY OF BOSTON, et al.,        )
                               )
        Defendants.            )
```

**ORDER**

February 2, 2026

SARIS, D.J.

On January 12, 2026, the Clerk was directed to issue summonses for service of the first amended complaint (Doc. No. 39) on police officers Taylor, Ricard and Tibbs. Doc. No. 42. At that time, City was asked whether it will accept service on behalf of these defendants, see id., and the Clerk issued summonses. See Doc. No. 43.

On January 28 2026, counsel filed a notice of appearance for defendants Taylor and Tibbs. Doc. No. 46. Counsel filed a statement stating, among other things, that it is counsel's understanding that defendant Ricard is retired and has not submitted a request for representation. Doc. No. 45.

Because the City has not accepted service on behalf of defendant Margaret Ricard, plaintiff must complete service on defendant Margaret Ricard, on or before April 12, 2026, in

accordance with Federal Rule of Civil Procedure 4(m).  Plaintiff may elect to have service made by the United States Marshals Service with all costs of service to be advanced by the United States.

Accordingly, it is hereby Ordered that the United States Marshals Service shall serve the summons (Doc. No. 43), the first amended complaint (Doc. No. 39) this Order upon Margaret Ricard, in the manner directed by the plaintiff, with all costs of service to be advanced by the United States.  Notwithstanding this Order to the United States Marshals Service, it remains Plaintiff's responsibility to provide the United States Marshals Service with all necessary paperwork and service information.  Service on defendant Ricard shall be completed on or before April 12, 2026, in accordance with Federal Rule of Civil Procedure 4(m).

SO ORDERED.

                                        /s/ Patti B. Saris
                                        PATTI B. SARIS
                                        UNITED STATES DISTRICT JUDGE